UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 CR 1 0 0 8 8 DPW**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. |
| v. | ) |
| | ) VIOLATION: |
| JOEL GARFIELD FRANCIS, | ) 8 U.S.C. § 1326 |
| a/k/a PAUL JOSEPH FRANCIS, | ) Illegal Re-entry of |
| a/k/a KIRK MCMASTERS | ) Deported Alien |
| | ) |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 - Illegal Re-entry of Deported Alien

The Grand Jury charges that:

On or about March 11, 2004, at Boston, in the District of Massachusetts,

JOEL GARFIELD FRANCIS,
a/k/a PAUL JOSEPH FRANCIS,
a/k/a KIRK MCMASTERS,

defendant herein, being an alien and having been excluded, deported and removed from the United States, attempted to enter, entered, and was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

1

A TRUE BILL

*[signature]*
FOREPERSON OF GRAND JURY

*[signature]*
William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, March 31, 2004.

4:03 pm

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

2