# FINANCIAL AFFIDAVIT

**IN UNITED STATES** ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

**LOCATION NUMBER**

IN THE CASE OF

| USA | v.s. | Francis |

FOR

AT

**PERSON REPRESENTED** (Show your full name)

Joel Garfield Francis

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

**DOCKET NUMBERS**
Magistrate

**District Court**
04-10098

Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor

---

|  | Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed |
|---|---|
| **EMPLOY-MENT** | Name and address of employer: _____ |
|  | **IF YES**, how much do you earn per month? $ _____ **IF NO**, give month and year of last employment How much did you earn per month? $ _____ |
|  | If married is your Spouse employed? ☐ Yes ☐ No  n/a |
|  | **IF YES**, how much does your Spouse earn per month? $ _____ If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____ |

| **ASSETS** | **OTHER INCOME** | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No |
|---|---|---|
|  |  | **IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES** RECEIVED approx $1000/mo SOURCES $ _____ from job at Discount Store |
|  | **CASH** | Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____ |
|  | **PROP-ERTY** | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No  VALUE none  DESCRIPTION |
|  |  | **IF YES, GIVE THE VALUE AND DESCRIBE IT** $ _____ |

| **OBLIGATIONS & DEBTS** | **DEPENDENTS** | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|---|
|  |  | ☒ SINGLE ___ MARRIED ___ WIDOWED ___ SEPARATED OR DIVORCED | 1 | Tajahane Francis / daughter |

| | **DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|---|
|  |  | / incarcerated / | | $ ___ | $ ___ |
|  |  | | | $ ___ | $ ___ |
|  |  | | | $ ___ | $ ___ |
|  |  | | | $ ___ | $ ___ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ X J Francis