AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

V.

Joel Garfield Francis

DOB: 7/25/66

**WARRANT FOR ARREST**

CASE NUMBER: 04 CR 10088 DPW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Joel Garfield Francis____
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being an alien and having been deported from the United States, was found in the United States without having received the express consent of the United States Attorney General to reapply for admission to the United States.

in violation of
Title ____8____ United States Code, Section(s) ____1326 (a) and (b)____

_Catherine M. Gaulin_          _Supervisor_
Name of Issuing Officer          Title of Issuing Officer

_Catherine M. Gaulin_          _4-1-04 Boston_
Signature of Issuing Officer          Date and Location

Bail fixed at $ _____  by _____
                                      Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY ICE BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4-7-04 | |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____