UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CRIMINAL NO. 04-10088 DPW |
| ) | |
| JOEL GARFIELD FRANCIS    ) | |

DEFENDANT'S ASSENTED TO MOTION
TO CONTINUE DATE OF STATUS CONFERENCE

Counsel for the defendant in the above-numbered indictment, Page Kelley, respectfully requests that the status conference in the above case, scheduled for Thursday, July 8 at 2:00 p.m., be continued to Thursday, September 23.  Counsel so requests because she is waiting for a transcript of a plea hearing from Baltimore, Maryland, to assess the possibility of vacating a conviction there.  The Assistant United States Attorney assigned to the case, William Connolly, has assented to this continuance.

If the Court grants the continuance, the government and defendant request the court to order a period of excludable delay under 18 U.S.C. § 3161(h)(8) for the period of the continuance.

JOEL FRANCIS
By his attorney,

/s/ Page Kelley
Page Kelley
   B.B.O. #548237
Federal Defender Office
408 Atlantic Ave. 3rd floor
Boston, MA  02110
Tel: 617-223-8061