UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 04-10088 DPW |
| | ) | |
| JOEL GARFIELD FRANCIS | ) | |
| | ) | |

## DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE DATE OF STATUS CONFERENCE

Counsel for the defendant in the above-numbered indictment, Page Kelley, respectfully requests that the status conference in the above case, which was scheduled for Friday, October 29, be continued to Friday, November 12. Counsel so requests because of a family obligation and because she requires additional time to prepare for the conference. The Assistant United States Attorney assigned to the case, William Connolly, has assented to this continuance.

If the Court grants the continuance, the government and defendant request the court to order a period of excludable delay under 18 U.S.C. § 3161(h)(8) for the period of the continuance.

JOEL FRANCIS
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

Date: October 26, 2004