UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                              )    Criminal No. 04-10088-DPW<br>)<br>JOEL GARFIELD FRANCIS           )<br>) | |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

The defendant hereby requests an additional thirty days to continue to investigate the defendant's prior conviction in the state of Maryland, which significantly impacts the defendant's potential sentence in this case. In addition, the parties report that:

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery.

3. The defendant does not intend to raise a defense of insanity or public authority.

4. The government has not requested notice of alibi.

5. At this time, the defendant does not anticipate filing any motions requiring a ruling by the District Court before trial. The defendant, however, reserves the right to file such motions.

6. No schedules should be set for any matter other than trial.

7. The parties have discussed the possibility of an early resolution to the case. Although uncertain at this time, the parties expect a resolution prior to trial.

8. The parties hereby agree to the periods already excluded by order of this Court and further request that the period from December 7, 2004, to the date set for the Final Status Conference be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

9. If required, the parties anticipate that trial should take no more than four trial days.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney,
By:

_____
WILLIAM H. CONNOLLY
Assistant U.S. Attorney
(617) 748-3174

DATE:    December 7, 2004

Respectfully submitted,

JOEL GARFIELD FRANCIS
By His Attorney,

_____
PAGE KELLEY
Federal Defender