UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10088 DPW |
| ) | |
| JOEL GARFIELD FRANCIS ) | |
| ) | |

NOTICE OF APPEAL

Defendant, Joel Garfield Francis, hereby gives notice that he appeals to the United States Court of Appeals for the First Circuit from the final judgment and sentence entered on April 26, 2005.

                                                     JOEL FRANCIS
                                                     By his attorney,

                                                     /s/ Page Kelley
                                                     Page Kelley
                                                       B.B.O. #548237
                                                     Federal Defender Office
                                                     408 Atlantic Avenue, 3rd Floor
                                                     Boston, MA  02110
                                                     Tel: 617-223-8061

Date: May 9, 2005