# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10088

United States of America

v.

Joel Garfield Francis

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/9/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 11, 2005.

Sarah A. Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5/12/05.

/s/ Barchard

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, CLOSED

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10088-DPW-ALL

Case title: USA v. Francis

Date Filed: 03/31/2004

Assigned to: Judge Douglas P. Woodlock

### Defendant

**Joel Garfield Francis** (1)
*TERMINATED: 04/26/2005*
*also known as*
Paul Joseph Francis (1)
*TERMINATED: 04/26/2005*
*also known as*
Kirk McMasters (1)
*TERMINATED: 04/26/2005*

represented by **Page Kelley**
Federal Defenders
408 Atlantic Avenue
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: page_kelley@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

8:1326 REENTRY OF DEPORTED ALIEN - FELONY
(1)

### Disposition

Defendant sentenced to 41 months incarceration; 2 years supervised release with standard and special conditions; $100 special assessment.

### Highest Offense Level

**(Opening)**
Felony

**Terminated Counts**                           **Disposition**
None

**Highest Offense Level
(Terminated)**
None

**Complaints**                                  **Disposition**
None

---

**Plaintiff**
**USA**                      represented by **William H. Connolly**
                             United States Attorney's
                             Office
                             1 Courthouse Way
                             Suite 9200
                             Boston, MA 02210
                             617-748-3174
                             Fax: 617-748-3954
                             Email:
                             William.Connolly@usdoj.gov

                             *LEAD ATTORNEY*
                             *ATTORNEY TO BE*
                             *NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2004 | 1 | INDICTMENT as to Joel Garfield Francis (1) count(s) 1. (Gawlik, Cathy) (Entered: 04/01/2004) |

| | | |
|---|---|---|
| 03/31/2004 | ⊙ | Judge Douglas P. Woodlock : ORDER entered ORDER REFERRING CASE to Magistrate Judge Lawrence P. Cohen Reason for referral: for pretrial proceedings as to Joel Garfield Francis (Catino, Theresa) (Entered: 04/02/2004) |
| 04/01/2004 | ⊙ | Arrest Warrant Issued as to Joel Garfield Francis. (Gawlik, Cathy) (Entered: 04/01/2004) |
| 04/02/2004 | ⊙ | Judge Douglas P. Woodlock : Electronic ORDER FOR ELECTRONIC FILING entered: It is hereby ORDERED that, from the date of this order, unless leave is granted upon good cause shown to file paper documents in lieu of electronic filing via this Court's CM/ECF system, ALL future submissions in this case must be electronically filed. Such filings shall be made in accordance with, and subject to, the terms and conditions of electronic filing as set forth by this Court. All parties and counsel who choose to appear in this action must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, all parties and counsel shall also file all submissions relating to motions and dispositive matters with the Court in hard copy, clearly marked 'Courtesy Copy - Do Not Scan" on the cover page of each pleading/submission (notations in a cover letter is not deemed sufficient). Courtesy copies of Joint Statements and Status Reports shall also be provided. It is FURTHER ORDERED that Notices, Orders and Memoranda of the Court will only be filed and served electronically. Once a party or counsel has registered for electronic filing, it is his/her responsibility to monitor his/her e-mail to ensure receipt of electronic notices. Any changes in e-mail addresses must be reported to the Court immediately. Information and help on how to register for CM/ECF may be found at this Court's website, at www.mad.uscourts.gov |

| | | |
|---|---|---|
| | | (Greenberg, Rebecca) (Entered: 04/02/2004) |
| 04/02/2004 | ● | Set Initial appearance as to Joel Garfield Francis : Initial Appearance set for 4/7/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 04/02/2004) |
| 04/07/2004 | ●2 | Judge Lawrence P. Cohen : ORDER entered SCHEDULING ORDER as to Joel Garfield Francis Initial Status Conference set for 5/19/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 04/07/2004) |
| 04/07/2004 | ● | Attorney update in case as to Joel Garfield Francis. Attorney Page Kelley for Joel Garfield Francis added. (Cohen, Lawrence) (Entered: 04/07/2004) |
| 04/07/2004 | ●3 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Joel Garfield Francis Time excluded from 4/7/2004 until 5/5/2004. (Cohen, Lawrence) (Entered: 04/07/2004) |
| 04/07/2004 | ● | Set/Reset Hearings as to Joel Garfield Francis : Detention Hearing set for 4/15/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 04/07/2004) |
| 04/07/2004 | ● | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Arraignment as to Joel Garfield Francis (1) Count 1 held on 4/7/2004, Initial Appearance as to Joel Garfield Francis held on 4/7/2004; William Connolly for Govt; Page Kelly for Deft; Deft is read his charges and Govt states the maximum penalties; Deft is read his rights; Deft is Sworn and questioned by the court; govt moves for detention; court arraignes deft and deft plea is not guilty; financial affidavit filled out by deft for appt of Fed defender; Detention Hearing set for 4/15/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. Initial Status Conference set for |

| | | |
|---|---|---|
| | | 5/19/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 04/07/2004) |
| 04/07/2004 | 4 | CJA 23 Financial Affidavit by Joel Garfield Francis (Simeone, Maria) (Entered: 04/08/2004) |
| 04/08/2004 | 6 | Arrest Warrant Returned Executed on 4/7/04 as to Joel Garfield Francis. (Rynne, Michelle) (Entered: 04/21/2004) |
| 04/15/2004 | 5 | Judge Lawrence P. Cohen : ORDER entered ORDER OF DETENTION without Prejudice as to Joel Garfield Francis (Cohen, Lawrence) Additional attachment(s) added on 4/15/2004 (Cohen, Lawrence). (Entered: 04/15/2004) |
| 04/15/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen: Detention Hearing as to Joel Garfield Francis held on 4/15/2004; Tim Feeley for the Govt; Page Kelly for Defense; Defense consents to voluntary detention with out prejudice. (Simeone, Maria) (Entered: 04/15/2004) |
| 05/19/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Initial Status Conference as to Joel Garfield Francis held on 5/19/2004 Interim Status Conference set for 7/8/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. Defense requests continuance; granted subject to excludable time. (Court Reporter digital.) (Simeone, Maria) (Entered: 05/19/2004) |
| 05/19/2004 | 7 | Judge Lawrence P. Cohen : ORDER entered REPORT AND ORDER on Initial Status Conference as to Joel Garfield Francis Final Status Conference set for 7/8/2004 02:00 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 05/19/2004) |
| 05/19/2004 | 8 | Judge Lawrence P. Cohen : ORDER entered ORDER |

| | | |
|---|---|---|
| | | ON EXCLUDABLE DELAY as to Joel Garfield Francis Time excluded from 5/19/2004 until 7/8/2004. (Cohen, Lawrence) (Entered: 05/19/2004) |
| 07/07/2004 | 9 | Assented to MOTION to Continue *date of status conference* to 9/23/04 as to Joel Garfield Francis. (Kelley, Page) (Entered: 07/07/2004) |
| 07/07/2004 | 10 | Judge Lawrence P. Cohen : ORDER entered granting 9 Motion to Continue as to Joel Garfield Francis (1) (Cohen, Lawrence) (Entered: 07/07/2004) |
| 07/07/2004 | 11 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Joel Garfield Francis Time excluded from 7/6/2004 until 9/28/2004. (Cohen, Lawrence) Modified on 7/8/2004 (Simeone, Maria). (Entered: 07/07/2004) |
| 10/01/2004 | | Reset Final status Conference as to Joel Garfield Francis : Status Conference reset for 10/28/2004 02:30 PM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 10/01/2004) |
| 10/04/2004 | | Reset final status conference as to Joel Garfield Francis : Final Status Conference set for 10/29/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 10/04/2004) |
| 10/04/2004 | 12 | Assented to MOTION to Continue *Date of Status Conference* to October 29, 2004 as to Joel Garfield Francis. (Kelley, Page) (Entered: 10/04/2004) |
| 10/06/2004 | | Judge Lawrence P. Cohen : Electronic ORDER entered granting 12 Motion to Continue as to Joel Garfield Francis (1)Hearing continued to 10/29/04 at 11:00am. (Simeone, Maria) (Entered: 10/06/2004) |
| 10/06/2004 | 13 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Joel Garfield |

| | | |
|---|---|---|
| | | Francis Time excluded from 9/28/04 until 10/29/04. (Simeone, Maria) (Entered: 10/06/2004) |
| 10/26/2004 | 14 | Assented to MOTION to Continue *Date of Status Conference* to 11/12/2004 as to Joel Garfield Francis. (Kelley, Page) (Entered: 10/26/2004) |
| 10/26/2004 | | Magistrate Judge Lawrence P. Cohen : electronic ORDER entered granting 14 Motion to Continue as to Joel Garfield Francis (1)The hearing is continued to 11/18/04 at 11:00am (Simeone, Maria) (Entered: 10/26/2004) |
| 10/26/2004 | | Reset final status conference as to Joel Garfield Francis : Status Conference reset for 11/18/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 10/26/2004) |
| 10/26/2004 | 15 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Joel Garfield Francis Time excluded from 10/29/04 until 11/18/04. (Simeone, Maria) (Entered: 10/26/2004) |
| 11/16/2004 | | Reset status conference as to Joel Garfield Francis : Status Conference reset for 12/7/2004 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Simeone, Maria) (Entered: 11/16/2004) |
| 12/07/2004 | | electronic Clerk's Notes for proceedings held before Judge Lawrence P. Cohen :Status Conference as to Joel Garfield Francis held on 12/7/2004;Bill Connolly for Govt; Page Kelly for deft; parties request a 30 day continuance; Final Status Conference set for 1/19/2005 11:00 AM in Courtroom 23 before Magistrate Judge Lawrence P. Cohen. (Court Reporter digital.) (Simeone, Maria) (Entered: 12/07/2004) |
| 12/07/2004 | 16 | Judge Lawrence P. Cohen : ORDER entered ORDER ON EXCLUDABLE DELAY as to Joel Garfield Francis Time excluded from 12/7/04 until 1/19/05. |

| | | |
|---|---|---|
| | | (Cohen, Lawrence) (Entered: 12/07/2004) |
| 12/07/2004 | 17 | JOINT MEMORANDUM of the parties re initial status conference as to Joel Garfield Francis (Simeone, Maria) (Entered: 12/08/2004) |
| 01/19/2005 | | ElectronicClerk's Notes for proceedings held before Judge Lawrence P. Cohen :Final Status Conference as to Joel Garfield Francis held on 1/19/2005 ;Atty Bill Connolly for Govt; Page Kelly for deft; counsel report Case is ready to be reported up to the district Judge. (Court Reporter digital.) (Simeone, Maria) (Entered: 01/19/2005) |
| 01/19/2005 | 18 | Judge Lawrence P. Cohen : ORDER entered. REPORT AND ORDER on Final Status Conference as to Joel Garfield Francis (Cohen, Lawrence) (Entered: 01/19/2005) |
| 01/19/2005 | | Case as to Joel Garfield Francis no longer referred to Magistrate Judge Lawrence P. Cohen. (Cohen, Lawrence) (Entered: 01/19/2005) |
| 01/24/2005 | 19 | NOTICE OF HEARING as to Joel Garfield Francis Change of Plea Hearing set for 2/3/2005 11:00 AM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 01/24/2005) |
| 02/03/2005 | | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Change of Plea Hearing as to Joel Garfield Francis held on 2/3/2005, defendant sworn; court conducts colloquy; Plea entered by Joel Garfield Francis (1) Guilty Count 1. Sentencing set for 4/26/05 at 2:30 pm. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 02/03/2005) |
| 02/03/2005 | 20 | Judge Douglas P. Woodlock : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Joel Garfield Francis Sentencing set for 4/26/2005 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 02/03/2005) |

| | | |
|---|---|---|
| 03/22/2005 | 21 | TRANSCRIPT of Rule 11 Hearing as to Joel Garfield Francis held on February 3, 2005 before Judge Woodlock. Court Reporter: Pamela R. Owens. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/443-0008 or the Clerk's Office. (Scalfani, Deborah) (Entered: 03/22/2005) |
| 04/21/2005 | 22 | SENTENCING MEMORANDUM by Joel Garfield Francis (Attachments: # 1)(Kelley, Page) (Entered: 04/21/2005) |
| 04/26/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Douglas P. Woodlock :Sentencing held on 4/26/2005 for Joel Garfield Francis (1), Count(s) 1, Defendant sentenced to 41 months incarceration; 2 years supervised release with standard and special conditions; $100 special assessment. (Court Reporter James Gibbons.) (Rynne, Michelle) (Entered: 04/28/2005) |
| 04/26/2005 | 23 | Judge Douglas P. Woodlock : ORDER entered. JUDGMENT as to Joel Garfield Francis (1), Count(s) 1, Defendant sentenced to 41 months incarceration; 2 years supervised release with standard and special conditions; $100 special assessment. (Rynne, Michelle) (Entered: 04/28/2005) |
| 04/26/2005 | 24 | Judge Douglas P. Woodlock : ORDER entered. STATEMENT OF REASONS as to Joel Garfield Francis. (Rynne, Michelle) (Entered: 04/28/2005) |
| 04/28/2005 | 25 | NOTICE of Appeal Rights by Joel Garfield Francis. (Rynne, Michelle) (Entered: 04/28/2005) |
| 05/09/2005 | 26 | NOTICE OF APPEAL by Joel Garfield Francis Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at |

|  |  | http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 5/31/2005. (Kelley, Page) (Entered: 05/09/2005) |
|---|---|---|