# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-1692

UNITED STATES,

Appellee,

v.

JOEL GARFIELD FRANCIS,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Campbell and Stahl, <u>Senior Circuit Judges</u>.

JUDGMENT

Entered: November 21, 2005

    As appellant recognizes, <u>Almendarez-Torres</u> v. <u>United States</u>, 523 U.S. 224 (1998), which the Supreme Court recently reaffirmed in <u>United States</u> v. <u>Booker</u> 125 S.Ct. 738 (2005), provides that prior convictions are sentencing factors that do not need to be either specified in an indictment, proven to a jury beyond a reasonable doubt, or admitted by the defendant.  See <u>United States</u> v. <u>Gomez-Estrada</u>, 273 F.3d 400, 401 (1st Cir. 2001).  We reject appellant's implicit claim that his prior conviction, the existence of which he does not deny, does not, or should not, fall with the rule of <u>Almendarez-Torres</u>.

    The government's motion for summary disposition is <u>granted</u>.

    The judgment is summarily <u>affirmed</u>. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*/s/ M. Paul*
Deputy Clerk

Date: 12/13/05

By: __MARGARET CARTER__
Chief Deputy Clerk.

[cc: Page Kelley, AFPD, William Connolly, AUSA, Dina Michael Chaitowitz, AUSA]